# EXHIBIT B

**MAGISTRATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

DISPOSSESSORY PROCEEDING   FILED

U. S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TBW MORTGAGE-BACKED
TRUST 2006-6, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-6
C/O Weissman, Nowack, Curry & Wilco, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road, Atlanta, GA 30326
(404) 926-4500

2017 MAR -3  AM 10: 58

JACOB
CLERK MAGISTRATE COURT

**CLERK'S USE ONLY**
Once you have entered the required information, print 4 copies. Sign one copy and have notarized. Bring all copies to the Magistrate Court Clerk's office.

**PLAINTIFF'S NAME & ADDRESS**

Clarence L Carr and All Other Occupants
8703 Lake Forest Drive
JONESBORO, GA 30236

CASE NUMBER _____

**DEFENDANT'S NAME & ADDRESS**

Personally appeared the undersigned affiant who on oath says that he/she is attorney at law for plaintiff herein, and that defendants is in possession as tenant of premises at said address as stated above, in Clayton County, the property of said plaintiff
FURTHER: (circle only one)
(a)   THAT tenant fails to pay the rent which is now past due;
(b)   THAT tenant holds the premises over and beyond the term for which they were rented or leased to tenant(s)
(c) X THAT tenant is a tenant at sufferance after foreclosure;
(d)   THAT plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
Plaintiff desires and has demanded possession of the premises and Defendant has failed and refused to deliver said possession.
WHEREFORE, Plaintiff DEMANDS: (circle all that apply)
(a)   possession of the premises; (b) past due rent of 0.00; (c) rent accruing up to the date of judgment or vacancy at the rate of 0.00 per NA;
(b)   Previously adjudicated per State Court case #2013-CV-04128-D. Seeking new Writ due to staleness.

Sworn to and subscribed before me, this

_____ day of _____, 2017

By _____
Deputy Clerk/ Notary Public

Attorney for Plaintiff, Matthew F. Totten
Phone # w/ Area Code- 404-926-4500
GA Bar No 798589

**SUMMONS**

TO THE SHERIFF OF CLAYTON COUNTY OR HIS LAWFUL DEPUTIES
GREETINGS: The defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Clayton County, Jonesboro, Georgia on or before the seventh (7) day after the date of service of the within affidavit and summons. EACH defendant is required to file an answer in his or her own name. If such an answer is not made, a Writ of Possession and/or Judgment may issue as provided by law.

Witness the Honorable Wanda L Dallas, Chief Judge of said Court.

This ___7___ day of ___March___, 20_17_.

FOR CLERK'S USE ONLY:
Mailed Copy to Pltf Atty _____ / ___ /20___

**SHERIFF'S ENTRY OF SERVICE**

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of same: ( ) Personally ( ) Notoriously (name) _____ (X) By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in the envelope properly addresses, with adequate postage thereon, said copy containing notice to the Defendant(s) to answer the place stated in the summons.

DATE OF SERVICE ___3/9/17___  _____ D/Sheriff

**IMPORTANT NOTICE**

Pursuant to *Official Code of Georgia*, Section 44-7-55(c), any writ of possession issued pursuant to this article shall authorize the removal of the tenant or his or her personal property or both from the premises and permit the placement of such personal property on some portion of the landlord's property; further, it provides that after execution of the writ, such property shall be regarded as abandoned.
Pursuant to *Code of Clayton County, Georgia*, Section 82-91 et. seq. If such personal property is not removed from the landlord's property within twenty-four (24) hours of the date and time of the execution of the writ of possession, and if the property otherwise is in violation of the county code, a citation for violation of the county code may issue against the plaintiff.

**WRIT OF POSSESSION**

To the Sheriff of Clayton County or his lawful deputies:
You are hereby commanded to remove said defendant together with defendant(s)' property thereon from said premises and to deliver full and quiet possession of the same to the plaintiff herein; effective 1.) Instanter or 2.) Seven days from the date of judgment; or 3.) Pursuant to the terms of a consent judgment filed herewith.

This _____ day of _____, 20_____   _____

017237-008836