# EXHIBIT D

## CLAYTON COUNTY MAGISTRATE COURT

CASE#  2017CM05631  WW Patho                                DISPOSSESSORY CALENDAR
Position 26 of 26

CLARENCE L CARR ET AL
8703 LAKE FOREST DRIVE
JONESBORO GA 30236

****************************
* THIS IS YOUR NOTICE *
* TO APPEAR IN COURT  *
****************************

PLEASE SEE IMPORTANT COURT INSTRUCTIONS
AT THE BOTTOM OF THIS NOTICE

2017CM05631 DIS 03/27/2017

---

US BANK NAITONAL ASSOCIATION AS TR (PLA)          TOTTEN MATTHEW F (ATY)
                                                   (404) 926-4500
TBW MORTGAGE BACKED TRUST 2006 6 (PLA)            TOTTEN MATTHEW F (ATY)
                                                   (404) 926-4500
MORTGAGE PASS THROUGH CERTIFICATES (PLA)          TOTTEN MATTHEW F (ATY)
                                                   (404) 926-4500

VS.
CARR CLARENCE L ET AL  (DEF)                      PRO SE
CARLISLE TAMMY ET AL  (DEF)                       PRO SE
DONDIS MICHAEL ET AL  (DEF)                       PRO SE

The trial of this case will be held before Judge WILLIAM W. WEST at 08:30 AM on MARCH 27, 2017 in Courtroom 202 of the Harold R. Banke Justice Center located at 9151 Tara Blvd. Jonesboro GA 30236. Automated directions may be obtained by calling (678) 479-5333 or visit HTTP://WWW.CLAYTONCOUNTYGA.GOV/HRBANKEDIRECTIONS

For more information, go to: http://www.claytoncountyga.gov/courts

****************************************************************************

Failure of the Plaintiff to attend may result in dismissal of the claim for lack of prosecution. Failure of the Defendant to attend may result in the entry of a judgement in favor of the Plaintiff. Do not be late. If you are not present in the courtroom when the calendar is called, your case will be jeopardized.

The Court will hear all the evidence at the time of trial. You should bring any documents, receipts, canceled checks, photographs or other similiar documents with you for the trial. If any of your documents were prepared by a person who is not a party to this case, you should have the person who prepared the document present to testify as to the contents of the document. Letters from witnesses and damage estimates, even if notarized, are generally not admissible as evidence. Failure to do so may result in the evidence being ruled inadmissible. The Court does not call witnesses on the telephone. While parties to actions filed in Magistrate Court are not required to have an attorney, please remember that the rules of evidence contained in Georgia law still apply. Evidence or testimony not presented properly will not be considered.

If either party has witnesses that will not voluntarily appear for trial or needs documents produced that are in the custody of a third person, you may obtain subpoenas from the Clerk of Court. It is the responsibility of the party sending the subpoena to have it served in the manner provided by law.

****************************************************************************