# EXHIBIT F

# JACQULINE D. WILLS
## Clerk of Magistrate Court

Clayton County Justice Center

9151 Tara Boulevard, Suite 2TC08
Jonesboro, Georgia 30236-4912
(770) 477-3443

DATE 11/01/2017

RE: CASE NUMBER  2017CM05631 WW

CARLISLE TAMMY ET AL
8703 LAKE FOREST DRIVE
JONESBORO, GA 30236

**THE ENCLOSED IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):**

See enclosed copy of Order.

Specific court case inquiry is available on-line at: http://www.claytoncountyga.gov

O.C.G.A information can be found at: http://www.lexis-nexis.com/hottopics/gacode

Sincerely,
R. Baskin
Magistrate Court Clerk's Office

IN THE MAGISTRATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

FILED
2017 OCT 27

U.S. Bank National Association
As Trustee for TBW Mortgage
Backed Trust 2006-6 Mortgage
Pass Through Certificates,
Series 2006-6
  Plaintiff,

v.

Clarence L. Carr
and All Other Occupants
  Defendant.

CIVIL ACTION FILE
NO. 2017 CM 05631

## ORDER RELEASING FEDERAL STAY

It appearing that on the Defendant's petition to remove this dispossessory action to federal court case number **1:17-CV-1083**, the action was remanded to the Magistrate Court of Clayton County on **10-19-2017**. Therefore, Defendant is no longer under protection of the federal stay in the above styled action.

IT IS HEREBY ORDERED that any previous stay of this action be and is hereby released, and that this case may be reopened to proceed in its usual course. The clerk is to notify all Parties of this order.

SO ORDERED this **27th** day of **October**, 2017.

_____
RICHARD C. BROWN, Judge
Magistrate Court of Clayton County, GA

# JACQULINE D. WILLS
## Clerk of Magistrate Court

Clayton County Justice Center
9151 Tara Boulevard, Suite 2TC08
Jonesboro, Georgia  30236-4912
(770) 477-3443

DATE   11/01/2017

RE:  CASE NUMBER   2017CM05631 WW

CARR CLARENCE L ET AL
8703 LAKE FOREST DRIVE
JONESBORO, GA  30236

### THE ENCLOSED IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

See enclosed copy of Order

Specific court case inquiry is available on-line at:   http://www.claytoncountyga.gov

O.C.G.A. information can be found at:   http://www.lexis-nexis.com/hottopics/gacode

Sincerely,
R. Baskin
Magistrate Court Clerk's Office

IN THE MAGISTRATE COURT OF CLAYTON COUNTY,
STATE OF GEORGIA

FILED
2017 OCT 27

U.S. Bank National Association
As Trustee for TBW Mortgage
Backed Trust 2006-6 Mortgage
Pass Through Certificates,
Series 2006-6
　　　　Plaintiff,

vs.

Clarence L. Carr
And All Other Occupants
　　　　Defendant.

CIVIL ACTION FILE
NO. 2017-CM-05631

## ORDER RELEASING FEDERAL STAY

It appearing that on the Defendant's petition to remove this dispossessory action to federal court case number 1:17-CV-1083, the action was remanded to the Magistrate Court of Clayton County on 10-19-2017. Therefore, Defendant is no longer under protection of the federal stay in the above styled action.

IT IS HEREBY ORDERED that any previous stay of this action be and is hereby released, and that this case may be reopened to proceed in its usual course. The clerk is to notify all Parties of this order.

SO ORDERED this 27th day of October, 2017.

RICHARD G. BROWN, Judge
Magistrate Court of Clayton County, GA

*Jacquline D. Wills*
CLERK MAGISTRATE COURT
9151 Tara Boulevard
Jonesboro, Georgia 30236-4912



3023684013 R004

Jacquline D. Wills
CLERK MAGISTRATE COURT
9151 Tara Boulevard
Jonesboro, Georgia 30236-4912