# EXHIBIT H

## CLAYTON COUNTY MAGISTRATE COURT

**CASE#** 2017CM05631  WW Patho  
Position 52 of 52

**DISPOSSESSORY CALENDAR**

CLARENCE L CARR ET AL  
8703 LAKE FOREST DRIVE  
JONESBORO GA 30236

****************************
\* THIS IS YOUR NOTICE \*  
\* TO APPEAR IN COURT \*  
****************************

PLEASE SEE IMPORTANT COURT INSTRUCTIONS  
AT THE BOTTOM OF THIS NOTICE

2017CM05631 DIS 12/04/2017

---

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TR (PLA) | TOTTEN MATTHEW F (ATY)<br>(404) 926-4500 |
| TBW MORTGAGE BACKED TRUST 2006 6 (PLA) | TOTTEN MATTHEW F (ATY)<br>(404) 926-4500 |
| MORTGAGE PASS THROUGH CERTIFICATES (PLA) | TOTTEN MATTHEW F (ATY)<br>(404) 926-4500 |
| VS. | |
| CARR CLARENCE L ET AL (DEF) | PRO SE |
| CARLISLE TAMMY ET AL (DEF) | PRO SE |
| DONDIS MICHAEL ET AL (DEF) | PRO SE |

The trial of this case will be held before Judge **WILLIAM W. WEST** at **08:30 AM** on **DECEMBER 04, 2017** in Courtroom 202 of the Harold R. Banke Justice Center located at 9151 Tara Blvd. Jonesboro GA 30236. Automated directions may be obtained by calling (678) 479-5333 or visit HTTP://WWW.CLAYTONCOUNTYGA.GOV/HRBANKEDIRECTIONS

For more information, go to: http://www.claytoncountyga.gov/courts  
*********************************************************************************

Failure of the Plaintiff to attend may result in dismissal of the claim for lack of prosecution. Failure of the Defendant to attend may result in the entry of a judgement in favor of the Plaintiff. Do not be late. If you are not present in the courtroom when the calendar is called, your case will be jeopardized.

The Court will hear all the evidence at the time of trial. You should bring any documents, receipts, canceled checks, photographs or other similiar documents with you for the trial. If any of your documents were prepared by a person who is not a party to this case, you should have the person who prepared the document present to testify as to the contents of the document. Letters from witnesses and damage estimates, even if notarized, are generally not admissible as evidence. Failure to do so may result in the evidence being ruled inadmissible. The Court does not call witnesses on the telephone. While parties to actions filed in Magistrate Court are not required to have an attorney, please remember that the rules of evidence contained in Georgia law still apply. Evidence or testimony not presented properly will not be considered.

If either party has witnesses that will not voluntarily appear for trial or needs documents produced that are in the custody of a third person, you may obtain subpoenas from the Clerk of Court. It is the responsibility of the party sending the subpoena to have it served in the manner provided by law.

*********************************************************************************

## CLAYTON COUNTY MAGISTRATE COURT

CASE#   2017CM05631   WW Patho                    DISPOSSESSORY CALENDAR
Position 52 of 52

TAMMY CARLISLE ET AL                      ****************************
8703 LAKE FOREST DRIVE                    * THIS IS YOUR NOTICE *
JONESBORO GA 30236                        * TO APPEAR IN COURT *
                                          ****************************

PLEASE SEE IMPORTANT COURT INSTRUCTIONS
AT THE BOTTOM OF THIS NOTICE

2017CM05631 DIS 12/04/2017

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TR (PLA) | TOTTEN MATTHEW F (ATY) (404) 926-4500 |
| TBW MORTGAGE BACKED TRUST 2006 6 (PLA) | TOTTEN MATTHEW F (ATY) (404) 926-4500 |
| MORTGAGE PASS THROUGH CERTIFICATES (PLA) | TOTTEN MATTHEW F (ATY) (404) 926-4500 |
| VS. | |
| CARR CLARENCE L ET AL (DEF) | PRO SE |
| CARLISLE TAMMY ET AL (DEF) | PRO SE |
| DONDIS MICHAEL ET AL (DEF) | PRO SE |

The trial of this case will be held before Judge WILLIAM W. WEST
at 08:30 AM on DECEMBER 04, 2017 in Courtroom 202 of the Harold R. Banke
Justice Center located at 9151 Tara Blvd. Jonesboro GA 30236.
Automated directions may be obtained by calling (678) 479-5333 or visit
HTTP://WWW.CLAYTONCOUNTYGA.GOV/HRBANKEDIRECTIONS

For more information, go to: http://www.claytoncountyga.gov/courts
****************************************************************************

Failure of the Plaintiff to attend may result in dismissal of the claim for lack of prosecution. Failure of the Defendant to attend may result in the entry of a judgement in favor of the Plaintiff. Do not be late. If you are not present in the courtroom when the calendar is called, your case will be jeopardized.

The Court will hear all the evidence at the time of trial. You should bring any documents, receipts, canceled checks, photographs or other similiar documents with you for the trial. If any of your documents were prepared by a person who is not a party to this case, you should have the person who prepared the document present to testify as to the contents of the document. Letters from witnesses and damage estimates, even if notarized, are generally not admissible as evidence. Failure to do so may result in the evidence being ruled inadmissible. The Court does not call witnesses on the telephone. While parties to actions filed in Magistrate Court are not required to have an attorney, please remember that the rules of evidence contained in Georgia law still apply. Evidence or testimony not presented properly will not be considered.

If either party has witnesses that will not voluntarily appear for trial or needs documents produced that are in the custody of a third person, you may obtain subpoenas from the Clerk of Court. It is the responsibility of the party sending the subpoena to have it served in the manner provided by law.

****************************************************************************

## CLAYTON COUNTY MAGISTRATE COURT

CASE#   2017CM05631   WW Patho                           DISPOSSESSORY CALENDAR
Position 52 of 52

MICHAEL DONDIS ET AL                    ****************************
8703 LAKE FOREST DRIVE                  * THIS IS YOUR NOTICE *
JONESBORO GA 30236                      * TO APPEAR IN COURT *
                                        ****************************

                                        PLEASE SEE IMPORTANT COURT INSTRUCTIONS
                                        AT THE BOTTOM OF THIS NOTICE

2017CM05631 DIS 12/04/2017

---

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TR (PLA) | TOTTEN MATTHEW F (ATY) (404) 926-4500 |
| TBW MORTGAGE BACKED TRUST 2006 6 (PLA) | TOTTEN MATTHEW F (ATY) (404) 926-4500 |
| MORTGAGE PASS THROUGH CERTIFICATES (PLA) | TOTTEN MATTHEW F (ATY) (404) 926-4500 |
| VS. | |
| CARR CLARENCE L ET AL (DEF) | PRO SE |
| CARLISLE TAMMY ET AL (DEF) | PRO SE |
| DONDIS MICHAEL ET AL (DEF) | PRO SE |

The trial of this case will be held before Judge WILLIAM W. WEST at 08:30 AM on DECEMBER 04, 2017 in Courtroom 202 of the Harold R. Banke Justice Center located at 9151 Tara Blvd. Jonesboro GA 30236. Automated directions may be obtained by calling (678) 479-5333 or visit HTTP://WWW.CLAYTONCOUNTYGA.GOV/HRBANKEDIRECTIONS

For more information, go to: http://www.claytoncountyga.gov/courts
************************************************************************************

Failure of the Plaintiff to attend may result in dismissal of the claim for lack of prosecution. Failure of the Defendant to attend may result in the entry of a judgement in favor of the Plaintiff. Do not be late. If you are not present in the courtroom when the calendar is called, your case will be jeopardized.

The Court will hear all the evidence at the time of trial. You should bring any documents, receipts, canceled checks, photographs or other similiar documents with you for the trial. If any of your documents were prepared by a person who is not a party to this case, you should have the person who prepared the document present to testify as to the contents of the document. Letters from witnesses and damage estimates, even if notarized, are generally not admissible as evidence. Failure to do so may result in the evidence being ruled inadmissible. The Court does not call witnesses on the telephone. While parties to actions filed in Magistrate Court are not required to have an attorney, please remember that the rules of evidence contained in Georgia law still apply. Evidence or testimony not presented properly will not be considered.

If either party has witnesses that will not voluntarily appear for trial or needs documents produced that are in the custody of a third person, you may obtain subpoenas from the Clerk of Court. It is the responsibility of the party sending the subpoena to have it served in the manner provided by law.

************************************************************************************

U.S. Bank National Association, As Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass Through Certificates, Series 2006-6

IN THE MAGISTRATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

Plaintiff,

v. Clarence L. Carr And All Other Occupants

Defendant,

CIVIL ACTION FILE

NO. 2017CM05631

FILED 2017 NOV 21 AM 8:48
JACQU... CLERK MAGISTRATE COURT
CLAYTON COUNTY, GA

## ORDER RELEASING FEDERAL STAY

It appearing that on the Defendant's petition to remove this dispossessory action to federal court case number 1:17CV1083, the action was remanded to the Magistrate Court of Clayton County on 10-19, 2017. Therefore, Defendant is no longer Under protection of the federal stay in the above styled action.

IT IS HEREBY ORDERED that any previous stay of this action be and is hereby released, and that this case may be reopened to proceed in its usual course. The clerk is to notify all Parties of this order.

SO ORDERED this 20th day of Nov, 2017.

_____
RICHARD C. BROWN, Judge
Magistrate Court of Clayton County, GA