IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:17-cv-4876-TCB |
| CLARENCE L. CARR, | |
| Defendant. | |

**O R D E R**

This case comes before the Court on Defendant Clarence Carr's motion [10] for reconsideration of its Order [8] adopting the magistrate judge's report and recommendation (the "R&R") [3], which recommended remanding the case to state court. Plaintiff U.S. Bank has moved [11] for expedited review of Carr's motion because this case has already been remanded to the Magistrate Court of Clayton County, where it is set for trial on February 5, 2018. For good cause shown, the Court grants expedited review.

Motions for reconsideration "shall not be filed as a matter of routine practice." L.R. 7.2(E), N.D.Ga. They are only appropriate where

there is: (1) newly discovered evidence; (2) intervening developments or change in controlling law; or (3) a need to correct a clear error or prevent manifest injustice. *Jersawitz v. People TV*, 71 F. Supp. 2d 1330, 1344 (N.D. Ga. 1999).

Carr's motion argues that the Court failed to consider his objections [7] to the R&R. Because Carr's objections were untimely, the Court was not required to consider them. Even if the Court considered his objections, they would not have changed its previous ruling. Carr's objections are generalized and provide no specific grounds for error in the R&R. *See Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) ("Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court.").

Carr's motion [10] for reconsideration is denied.

IT IS SO ORDERED this 1st day of February, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge